IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-705-GCM

| AMERICAN EMO TRANS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MUNICH RE SYNDICATE, LTD, | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Michael Simon** filed October 28, 2016 [Doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Simon is admitted to appear before this court *pro hac vice* on behalf of Defendant, Munich Re Syndicate, Ltd..

**IT IS SO ORDERED.**

Signed: November 2, 2016

Graham C. Mullen
United States District Judge